UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HARRISON BAXTER,<br><br>    Petitioner,<br><br>    v.<br><br>U.S.,<br><br>    Respondent. | Case No. 21-cv-03775-HSG<br><br>**ORDER OF DISMISSAL** |

On or about May 19, 2021, Petitioner filed this *pro se* petition for a writ of habeas corpus. Dkt. No. 1. That same day, the Clerk of the Court informed Petitioner that this action was deficient because he had not submitted an *in forma pauperis* application or paid the filing fee. Dkt. No. 2. The Court provided Petitioner with a blank *in forma pauperis* application and a postage-paid return envelope. Dkt. No. 2. Petitioner was instructed to respond within twenty-eight days of the date of the order. *Id.* The deadline has passed, and Petitioner has not submitted the required documents. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, Petitioner may move to reopen the action. Any such motion must contain either the full filing fee or a complete *in forma pauperis* application.

**IT IS SO ORDERED.**

Dated: 7/1/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge