UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HARRISON BAXTER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>U.S.,<br><br>　　　　Respondent. | Case No. 21-cv-03775-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action for a petition for a writ of habeas corpus is DISMISSED without prejudice.  The Clerk shall enter judgment in favor of Respondent and against Petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 7/1/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge